IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-141 |
| ) | (PHILLIPS/SHIRLEY) |
| V. ) | |
| ) | |
| MURPHY JOEY KING ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the government's Motion For Extension Of Time Within Which To Respond To Defendant Motion To Suppress Evidence And Motion To Continue Trial [Doc. 10], filed on December 4, 2006. The government requests that their December 7, 2006 response deadline be extended one week to December 14, 2006. It states that due to problems associated with the Electronic Court Filing system, it did not receive notice that Defendant had filed a suppression motion until the afternoon of December 4, 2006. The government further indicates that it does not realistically believe that it can adequately respond to Defendant's motion by the December 7, 2006 deadline in light of other obligations presently requiring immediate attention.

Finding that the government has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 10**], to the extent it requests an extension of the response deadline, and extends the response deadline to **December 13, 2006**. As to the government's request for a

1

continuance of the trial date [Doc. 10], the Court will reserve ruling on this portion of the motion until the motion hearing/pretrial conference scheduled before the undersigned on **December 14, 2006, at 10:00 a.m.**

    **IT IS SO ORDERED.**

                  ENTER:

                    <u>  s/ C. Clifford Shirley, Jr.  </u>
                    United States Magistrate Judge