UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MURPHY JOSEPH KING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 3:06-CR-141-PLR-CCS |
| | ) | 3:14-CV-277-PLR |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that petitioner's § 2255 motion [Doc. 62] and supplemental § 2255 motion [Doc. 64] be and hereby are **GRANTED**. That portion of the Judgment imposed on May 22, 2008 [Doc. 58], sentencing petitioner to a term of imprisonment of 180 months at count one of the superseding indictment is **VACATED** and petitioner's sentence is corrected and reduced to a sentence of "time served" at count one of the superseding indictment. This order shall take effect 10 days from its entry so as to give the Bureau of Prisons time to process petitioner's release. The Judgment imposed on May 22, 2008 [Doc. 58], further is **AMENDED** to reflect a term of supervised release of 3 years at count one of the superseding indictment. In all other respects, the Judgment imposed on May 22, 2008, shall remain in full force and effect.

**ENTER:**

_____
UNITED STATES DISTRICT JUDGE